1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

ELAINE GIBNEY,

                              Defendant.

CASE NO. C14-5969 BHS

ORDER DENYING
DEFENDANT'S
APPLICATION/OBJECTIONS

        This matter comes before the Court on Defendant Elaine Gibney's ("Gibney")

application for writ of garnishment. Dkt. 29.

        On July 16, 2015, the Court granted the Government's motion for a continuing

garnishee order for non-wages. Dkt. 27. The order required Garnishee Fidelity

Investments to continually make payments to the Court from Gibney's retirement

account. *Id.* On March 12, 2018, Gibney filed the instant application contesting the

Government's withdrawals in 2015 on the basis that the Government failed to properly

account for taxes. Dkt. 29. Such failure, Gibney argues, has left Gibney with additional

IRS debt in excess of $56,000. *Id.*

On March 26, 2018, the Government responded arguing that the application fails for at least two reasons. Dkt. 30. First, the Government argues that Gibney's objections are untimely because objections must be made within 20 days from service of the writ of garnishment. *See* 28 U.S.C. § 3202(d). The Court agrees that Gibney's objections are untimely.

Second, the Government argues that it withheld a sufficient amount for taxes. The Government claims that the statutory minimum withholding is 20% and that it withheld approximately 25% of the proceeds for taxes. Dkt. 30 at 4–5. The Court agrees that, even if it addressed the merits, Gibney has failed to show that the Government committed any error in withholding taxes. Therefore, the Court **DENIES** Gibney's application/objections.

**IT IS SO ORDERED**.

Dated this 17th day of April, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge